[No. 7873–2–II.  Division Two.  November 19, 1986.]

JEFFREY GOSNEY, ET AL, *Appellants,* v. ANTHONY BROWNELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–01269–3, Robert J. Doran, J., entered May 30, 1984. *Reversed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 7875–9–II.  Division Two.  November 19, 1986.]

GARY R. TODD, *Appellant,* v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–2–00265–3, Frank E. Baker, J., entered May 15, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 7199–5–III.  Division Three.  November 20, 1986.]

*In the Matter of the Marriage of* MAURLEEN S. PLEASANT, *Respondent, and* RONALD N. PLEASANT, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–3–00188–8, Jo Anne Alumbaugh, J., entered June 17, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.